## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| Lynn Giglio, | * | |
| Plaintiff, | * | |
| v. | * | Civil No.: 4:21-cv-00021 |
| | * | |
| Huntington Ingalls Industries, Inc.,[1] | * | |
| Defendant. | | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Lynn Giglio, by and through her attorneys, and Defendant, Huntington Ingalls Industries, Inc., by and through their attorneys, stipulate and agree that all claims made in the above-captioned action shall be and hereby are dismissed, with prejudice, and without right of appeal, each party to bear their own costs.

Respectfully Submitted,

*/s/ Paul V. Bennett*

Paul V. Bennett, Esq. (Bar No. 33554)
Bennett Legal Services
5457 Twin Knolls Road, Suite 300
Columbia, MD 21045
410-353-4994
pbennett@belawpc.com

Jeffrey J. Sadri, Esq. (admitted *pro hac vice*)
Ellison Sadri, LLC
2086 Generals Highway, Ste. 201
Annapolis, Maryland 21401
(410) 974-6000
(410) 224-4590 Fax
jsadri@eslawgroup.com

*Attorneys for Plaintiff*

---

[1] Defendant maintains that the correct name of Plaintiff's employer, and the proper Defendant in this action, is Huntington Ingalls Incorporated.

1

*/s/ Christy E. Kiely*

Christy E. Kiely, Esq. (VSB No. 48914)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219-4047
(804) 788.8200
(804) 788.8218 *fax*
ckiely@huntonAK.com

Sharon S. Goodwyn, Esq. (VSB No. 28822)
HUNTON ANDREWS KURTH LLP
500 E. Main Street, Suite 1301
Norfolk, VA 23510
(757) 640-5300
(757) 625-7720 *fax*
sgoodwyn@huntonAK.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of February, 2022, a copy of the instant Joint Stipulation of Dismissal with Prejudice was sent to all counsel of record via this Honorable Court's CM/ECF System.

　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　Paul V. Bennett, Esq. (Bar No. 33554)